NUMBER
13-10-00527-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

STATE FARM COUNTY
GENERAL 

INSURANCE COMPANY,                                                       APPELLANT,

 

                                                             v.

 

LESLIE
TORRES A/K/A LESLIE ANN LUCIO TORRES

A/K/A LESLIE ANN SERRATO A/K/A LESLIE
LUCIO-SERRATO,        APPELLEE.


____________________________________________________________

 

                           On
Appeal from the 23rd District Court 

                                    of
Matagorda County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                               Before Justices Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








This
matter is before the Court on a defective notice of appeal and appellant's
failure to correct the defect.  On November 3, 2010, and February 8, 2011, the
Court advised appellant that the notice of appeal was not in compliance with
Texas Rule of Appellate Procedure 25.1(d)(2) and informed appellant that the
appeal would be dismissed if the defect was not cured after the expiration of
ten days from the date of receipt of the Court's notice.  See Tex. R. App. P.
25.1(d)(2), 37.1, 42.3(b),(c).  Appellant has failed to correct the defect or
otherwise respond to the Court's notices.

            On its own motion, with
ten days notice to the parties, an appellate court may dismiss a civil appeal
for want of prosecution or failure to comply with a notice from the clerk
requiring a response or other action within a specified time. See Tex. R. App. P.
42.3(b),(c).  Accordingly, we dismiss the appeal for want of prosecution and
failure to comply with a notice from the Court.  See id.

 

 

                                                                                    PER
CURIAM

Delivered and filed the 

31st day of March, 2011.